AO 471 (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:23-mj-00013-SKO |
| Anthony David Flores | ) | |
| *Defendant* | ) | |

## ORDER TO TEMPORARILY DETAIN A DEFENDANT

Pursuant the Defendant's request, and with no objection from the United States, the defendant is temporarily detained pending a detention determination under 18 U.S.C. 3142 in the Central District of California.

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

The defendant be afforded reasonable opportunity for private consultation with counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: **Feb 10, 2023**

*Judge's signature*

**Stanley A. Boone-United States Magistrate Judge**

*Printed name and title*